UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Afremov<br><br>        Plaintiff,<br><br>v.<br><br>Artur Jarayan, and<br>Object of Vertu, LLC,<br><br>        Defendants and Third-<br>        Party Plaintiffs<br><br>v.<br><br>John Atzbach,<br><br>        Third Party Defendant. | Case No. 11-CV-00313 SRN/SER<br><br><br><br>**MOTION TO APPROVE RECEIVER'S FINAL REPORT AND DISCHARGE RECEIVER** |

Plaintiff respectfully moves this Court for an order approving the Receiver's final report and discharging the Receiver. The grounds for the motion are the futility and unjustified expense to continue the receivership. This motion is based on all of the files, records, and proceedings in this case, including the affidavit of Jerry A. Bremer.

Dated: September 16, 2014

**SKOLNICK & SHIFF, P.A.**

By:   s/ Andrew H. Bardwell
William R. Skolnick (#137182)
Andrew H. Bardwell (#0390821)
527 Marquette Ave. S. #2100
Minneapolis, MN  55402
Telephone: (612) 677-7600
Facsimile:(612)677-7601
**ATTORNEYS FOR PLAINTIFF**