# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Afremov<br><br>        Plaintiff,<br><br>v.<br><br>Artur Jarayan, and<br>Object of Vertu, LLC,<br><br>        Defendants and Third-<br>        Party Plaintiffs<br><br>v.<br><br>John Atzbach,<br><br>        Third Party Defendant. | Case No. 11-CV-00313 SRN/SER<br><br><br><br>**ORDER APPROVING FINAL REPORT<br>AND DISCHARGING RECEIVER** |

The above-entitled matter came on before the Honorable Susan Richard Nelson on October 31, 2014, pursuant to Plaintiff's Motion to Approve the Receiver's Final Report and Discharge the Receiver [Doc. No. 186]. Andrew H. Bardwell appeared on behalf of Plaintiff. No appearances were entered on behalf of Defendant or the Third Party Defendant. Based on the files, records, motion papers, and arguments of counsel, the Court hereby makes the following

**ORDER:**

   IT IS HEREBY ORDERED:

   1.   Plaintiff's Motion to Approve the Receiver's Final Report and Discharge the Receiver [Doc. No. 186] is **GRANTED**;

   2.   The Receiver's Final Report, contained within his September 16, 2014 affidavit is accepted and approved;

   3.   The Receiver shall cease efforts to obtain control of the Armenian Property;

4.  The Receiver shall take all steps necessary to dissolve Am Plaza, LLC and its Armenian subsidiary, AM Plaza Properties, CJSC; and

5.  Upon dissolution of AM Plaza, LLC, the Receiver shall be and hereby is discharged of further obligations with respect to his appointment as Receiver in this matter, and the Receivership is hereby terminated.

Dated: October 31, 2014                    s/Susan Richard Nelson
                                           Susan Richard Nelson
                                           United States District Judge